AO 10
Rev. 1/2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garcia Marmolejo, Marina | U.S. District Court, Southern District of Texas | 07/28/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☑ Nomination, Date ☐ Initial ☐ Annual ☐ Final | 01/01/2009 to 06/30/2010 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 4301 Westbank Drive, Suite B230 Austin, Texas 78746 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Of Counsel (resigned position July 2009) | Thompson & Knight LLP |
| 2. Partner (resigned position November 2009) | Diamond McCarthy LLP |
| 3. Partner | Reid Davis LLP |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Thompson & Knight LLP Retirement plan with former law firm, no control |
| 2. 2009 | Diamond McCarthy LLP Retirement plan with former law firm, no control; Fixed percentage agreement contingency fee cases for legal services previously rendered |
| 3. 2009-2010 | Reid Davis LLP-Fixed percentage agreement on contingency fee cases for legal services rendered |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2008 | Thompson & Knight LLP--previous law firm salary | $220,000.00 |
| 2. | 2009 | Thompson & Knight LLP-previous law firm salary | $220,000.00 |
| 3. | 2009 | Diamond McCarthy LLP-previous law firm salary | $220,000.00 |
| 4. | 2009 | Reid Davis LLP-current law firm salary | $150,000.00 |
| 5. | 2009 | Reid Davi LLP-current law firm bonus | $15,000.00 |
| 6. | 2010 | Reid Davis LLP-current law firm salary | $150,000.00 |
| 7. | 2010 | Reid Davis LLP-current law firm bonus | $15,000.00 |
| 8. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Laredo, TX 2005, $320,000 | A | Rent | N | R | Exempt | | | | |
| 2. Texas Tomorrow Fund educational plan for children | | None | K | T | | | | | |
| 3. Dodge & Cox Stock | C | Dividend | J | T | | | | | |
| 4. Capital Income Bldr CL A | A | Dividend | J | T | | | | | |
| 5. Capital World Growth & Income FD Inc CL A | A | Dividend | J | T | | | | | |
| 6. Fundamental INVS INC CL A | A | Dividend | J | T | | | | | |
| 7. New World Fund CL A NEWFX | A | Dividend | J | T | | | | | |
| 8. AF Growth Fund Amer. A | C | Dividend | J | T | | | | | |
| 9. Vanguard Value Index Signal | A | Dividend | J | T | | | | | |
| 10. Vanguard 500 Index Signal | A | Dividend | J | T | | | | | |
| 11. T. Rowe Price Blue Chip Growth | A | Dividend | J | T | | | | | |
| 12. JP Morgan Mid Cap Value I | A | Dividend | J | T | | | | | |
| 13. Vanguard Mid Cap Index | A | Dividend | J | T | | | | | |
| 14. T. Rowe Price Mid-Cap Growth | A | Dividend | J | T | | | | | |
| 15. Vanguard Explorer | A | Dividend | J | T | | | | | |
| 16. William Blair International Growth I | A | Dividend | J | T | | | | | |
| 17. AF Fudamental Inv. A | C | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garcia Marmolejo, Marina | 07/28/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Artisan Mid Cap Value Fund | C | Dividend | J | T | | | | | |
| 19. Fidelity Small Cap Stock | B | Dividend | J | T | | | | | |
| 20. AF Europacific Growth A | B | Dividend | J | T | | | | | |
| 21. FID Diversified International | B | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |

1. Income Gain Codes:  A –$1,000 or less   B –$1,001 - $2,500   C –$2,501 - $5,000   D –$5,001 - $15,000   E –$15,001 - $50,000
   (See Columns B1 and D4)   F –$50,001 - $100,000   G –$100,001 - $1,000,000   H1 –$1,000,001 - $5,000,000   H2 –More than $5,000,000
2. Value Codes   J –$15,000 or less   K –$15,001 - $50,000   L –$50,001 - $100,000   M –$100,001 - $250,000
   (See Columns C1 and D3)   N –$250,001 - $500,000   O –$500,001 - $1,000,000   P1 –$1,000,001 - $5,000,000   P2 –$5,000,001 - $25,000,000
   P3 –$25,000,001 - $50,000,000   P4 –More than $50,000,000
3. Value Method Codes   Q –Appraisal   R –Cost (Real Estate Only)   S –Assessment   T –Cash Market
   (See Column C2)   U –Book Value   V –Other   W –Estimated

**FINANCIAL DISCLOSURE REPORT**

Page 7 of 8

Name of Person Reporting

Garcia Marmolejo, Marina

Date of Report

07/28/2010

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 8 of 8

Name of Person Reporting

Garcia Marmolejo, Marina

Date of Report

07/28/2010

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 5 | 200 | Notes payable to banks-secured | | 36 | 500 |
| U.S. Government securities—EE Bonds | | 4 | 200 | Notes payable to banks-unsecured | | 17 | 000 |
| Listed securities—see schedule | | 27 | 521 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 47 | 000 |
| Due from relatives and friends | | 25 | 000 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable—see schedule | | 487 | 000 |
| Real estate owned—see schedule | | 700 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 80 | 000 | Student Loans | | 13 | 000 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan Account | | 128 | 738 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 600 | 500 |
| | | | | Net Worth | | 370 | 159 |
| Total Assets | | 970 | 659 | Total liabilities and net worth | | 970 | 659 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |